### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-CR-30137-MJR |
| ) | |
| GERARDO FELIX-CHAVEZ, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM and ORDER

**REAGAN, District Judge:**

This case is set for jury trial commencing July 11, 2005. By sealed motion filed July 6, 2005, Defendant Felix-Chavez seeks a continuance. Assistant U.S. Attorney James Crowe does not object to the motion, which the Court finds well-taken.

The Court **CONCLUDES** that the ends of justice served by this continuance outweigh the best interests of the public and Defendant Felix-Chavez in a speedy trial. Accordingly, the Court **GRANTS** Defendant's sealed motion (Doc. 75) and **CONTINUES** trial to **9:00 a.m. on Monday, August 29, 2005**. The period of delay resulting from this continuance shall be excluded for purposes of the Speedy Trial Act, **18 U.S.C. § 3161(h)**.

**IT IS SO ORDERED.**

**DATED this 7th day of July, 2005.**

> **s/ Michael J. Reagan**
> **MICHAEL J. REAGAN**
> **United States District Judge**